

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-25-00304-CR

**EX PARTE** Israel **REYES**

Original Proceeding[1]

### ORDER

Sitting:  Irene Rios, Justice
          Adrian A. Spears II, Justice
          Velia J. Meza, Justice

On May 13, 2025, relator, Israel Reyes, filed a *pro se* petition for writ of habeas corpus. The Court does not have original habeas jurisdiction over criminal law matters such as this one. *See* TEX. GOV'T CODE ANN. § 22.221(d). Accordingly, the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

It is so **ORDERED** on May 21, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023CR6024, styled *State of Texas vs Israel Reyes*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Joel Perez presiding.